Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

**IN RE:**

**CASE: 20-20054**

THOMAS ALLAN MCEWAN

**CHAPTER 13**

**Debtor**

**Hon. JOEL T. MARKER**

Confirmation Hearing: 3/24/20  10:00 am

### TRUSTEE'S OBJECTION TO CONFIRMATION AND RECOMMENDATION OF DISMISSAL UNDER 1307(c) IF UNABLE TO RESOLVE

Lon A. Jenkins, Chapter 13 Trustee, hereby objects to confirmation of the Debtor's plan and in support thereof represents as follows:

   1. The Debtor filed a Chapter 13 petition for relief on January 05, 2020 and the First Meeting of Creditors under section 341 was held on February 14, 2020.

   2. The Trustee was unable to conduct the 341 Meeting due to missing pleadings required by 11 U.S.C. § 521(a)(1)(B) and Bankr. Rule 1007(b)(1).  The 341 Meeting will need to be rescheduled.

3. The Trustee has filed a Motion to Dismiss in this case. Pursuant to Local Rule 2083-1(g), you must file an objection to this with the bankruptcy court within 21 days after service of the motion, or the bankruptcy court clerk must enter an order dismissing the case.  Unless otherwise directed by the court, this motion will be heard at the confirmation hearing.

WHEREFORE, the Trustee objects to confirmation of the Debtor's plan.  If the Debtor is unable to resolve the objection by the confirmation hearing, the Trustee will move to dismiss or convert the case.

Dated: February 19, 2020          Lon A. Jenkins
         Chapter 13 Trustee

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Objection to Confirmation was served on the following parties on February 19, 2020:

THOMAS ALLAN MCEWAN, 4452 SOUTH RENARDO PLACE, WEST VALLEY CITY, UT  84119

DAVID L. FISHER, ECF Notification

/s/ Chelsea Anderson