Mark S. Middlemas, USB No. 9252
Brigham J. Lundberg, USB No. 12583
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for Lakeview Loan Servicing, LLC
L&A Case No. 19.74444.4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| In re: | Bankruptcy No. 20-20054 JTM |
|---|---|
| Thomas Allan McEwan, | (a Chapter 13 case) |
| Debtor. | Filed Electronically |

OBJECTION TO CONFIRMATION

Lakeview Loan Servicing, LLC ("Creditor"), a secured creditor of the above-referenced debtor, hereby objects to confirmation of the Chapter 13 plan (the "Plan"), which was filed with the above-entitled Court. Flagstar Bank, FSB presently services this loan for the Creditor. The plan does not provide for ongoing monthly payments pursuant to the Trust Deed and Note.

DATED: February 24, 2020.

LUNDBERG & ASSOCIATES, PC

By: /s/Mark S. Middlemas
Mark S. Middlemas
Attorneys for Creditor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that, on Februart I electronically filed the foregoing Objection, with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

David L. Fisher
Fisher Law Group, PLLC
fisherlawllc@lawyer.com
ECF
    Attorney for Debtor


Lon Jenkins
ecfmail@ch13ut.org
ECF
    Chapter 13 Trustee


/s/Mark S. Middlemas
Mark S. Middlemas

## CERTIFICATE OF SERVICE – MAIL, OTHER

I certify that, on February 24, 2020 I caused to be served a true and correct copy of the foregoing Objection, as follows:

Mail Service – By regular first class United States mail, postage fully pre-paid addressed to:

>Thomas Allan McEwan
>4452 South Renardo Place
>West Valley City, UT 84119
>    Debtor

>/s/Mark S. Middlemas
>Mark S. Middlemas