**Case dismissed pursuant to Section 521(i).**
**The relief requested is DENIED.**

**Dated: March 24, 2020**




**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

---

David L. Fisher (11570)
**Fisher Law Group PLLC**
2825 E Cottonwood Pkwy Ste 500
Cottonwood Heights, UT 84121
Phone: 801-931-9001
E-mail: fisherlawllc@lawyer.com
*Attorney for Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Case No. 20-20054 |
|---|---|
| THOMAS ALLAN MCEWAN | Chapter 13 |
| Debtor | Judge: Joel T. Marker |

### ORDER CONTINUING CONFIRMATION HEARING

The Chapter 13 Trustee filed a motion to dismiss as docket entry 8 on February 7, 2020. On March 3, 2020 the debtor filed an objection to the Trustee's motion to dismiss as docket entry 18.

Based on the representations of counsel for the Chapter 13 Trustee and counsel for the Debtor, the Court hereby ORDERS:

1. The Objection to the Trustee's Motion to Dismiss is sustained.

2. The 341 Meeting of Creditors and Confirmation Hearing shall be rescheduled by

1

      the Clerk of the Court.

3.    The deadlines to file objections to exemptions and dischargeability are extended 30 and 60 days from the rescheduled new 341 meeting.

4.    If the Debtor fails to appear at the rescheduled 341 meeting for any reason, the Trustee may file a Declaration of Non-Compliance and this case will be dismissed without further notice or hearing.

----------------- END OF DOCUMENT --------------------

## DESIGNATION OF PARTIES TO RECEIVE SERVICE

Service of the foregoing **ORDER CONTINUING CONFIRMATION HEARING** will be effected through the Bankruptcy Noticing Center to each party listed below:

By CM/ECF to:

| | |
|---|---|
| David L. Fisher | fisherlawllc@lawyer.com |
| Lon A. Jenkins, Tr | utahtrusteemail@ch13ut.org |
| Mark S. Middlemas | ECFmailDistGroup@Lundbergfirm.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

By U.S. Mail to:

**Thomas Allan McEwan** 4452 South Renardo Place, West Valley City, UT 84119
*Debtor*

See attached mailing matrix for the list of creditors.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 20-20054<br>District of Utah<br>Salt Lake City<br>Mon Mar 23 15:18:52 MDT 2020 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | American First Credit Union<br>Attn: Bankruptcy<br>Po Box 9199<br>Ogden, UT 84409-0199 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Ashleigh McEwan<br>4452 South Renardo Place<br>Salt Lake City, UT 84119-5614 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| David L. Fisher<br>Fisher Law Group PLLC<br>2825 East Cottonwood Parkway Suite 500<br>Cottonwood Heights, UT 84121-7060 | Flagstar Bank<br>Attn: Bankruptcy<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Gesa Credit Un<br>P.o. Box 500<br>Richland, WA 99352-0500 |
| Lon Jenkins tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-3408 | Thomas Allan McEwan<br>4452 South Renardo Place<br>West Valley City, UT 84119-5614 | Mark S. Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>Suite 100<br>Salt Lake City, UT 84115-3773 |
| Mountain America Credit Union<br>Attn: Bankruptcy<br>Po Box 2331<br>Sandy, UT 84091-2331 | United States Trustee<br>Washington Federal Bank Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Verizon Wireless Bankruptcy Administrati<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo/Preferred<br>Attn: Bankruptcy<br>Pob 10438 Mac F8235-02f<br>Des Moines, IA 50306-0438 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21